AARON SEGALL, Appellant, *v.* HERMAN MENDLOWITZ et al., Respondents, Impleaded with Others.

Argued March 10, 1937; decided March 25, 1937.

*Eugene L. Bondy* and *Norman Winer* for appellant.

*Irving J. W. Marx, Leslie Handler* and *Nathan Friedman* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.